# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2004

_____

Eric Bernard Shields,      *
     *
         Appellant,      *
     *    Appeal from the United States
     v.      *    District Court for the
     *    Eastern District of Missouri.
United States Postal Service,      *
     *    [UNPUBLISHED]
         Appellee.      *

_____

Submitted: April 2, 2007
Filed: April 6, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Eric Bernard Shields appeals the district court's[1] dismissal of his employment-discrimination action on res judicata grounds. Upon careful review of the record, we conclude that the dismissal was proper, for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the pending motions.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.